# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Marsha Seaton

                           Plaintiff,

v.                                                                Case No.: 1:21−cv−01526

                                                                             Honorable Joan H. Lefkow

Atos Healthcare Services, LLC, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 20, 2023:

    MINUTE entry before the Honorable Joan H. Lefkow: Motion to exceed page limit [48] is granted. Plaintiff may file their motion for approval of class action settlement up to 29 pages. Plaintiff's motion for preliminary approval of class action settlement [49] is granted. The parties may submit a proposed order in Word format to proposed_order_lefkow@ilnd.uscourts.gov. Motion to withdraw as attorney [50] is granted. Attorney Zachary Pestine is terminated as counsel for defendants. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.