## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Marsha Seaton

                                Plaintiff,

v.                                                                            Case No.: 1:21−cv−01526

                                                                               Honorable Joan H. Lefkow

Atos Healthcare Services, LLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 6, 2023:

      MINUTE entry before the Honorable Joan H. Lefkow: Status hearing held. As stated on the record, the motion for final approval of class action settlement [54] is granted. Enter Order. Status hearing is set for 10/11/2023 at 9:30 a.m. in courtroom 2201. Mailed notice(smm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.